UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SEIDY MARIA TIBURCIO, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 10-11655-JLT |
| | * | |
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Defendant. | * | |

ORDER

March 28, 2011

TAURO, J.

For the reasons set forth in the accompanying memorandum, the Government's Motion to Dismiss [#3] and Motion to Remove the Superior Court's Default Judgment [#9] are ALLOWED. The September 24, 2010 Default Order of the Suffolk County Superior Court against Trujillo is hereby set aside. This case is CLOSED.

IT IS SO ORDERED.

                                              /s/ Joseph L. Tauro
                                             United States District Judge